IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ITP, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OCI COMPANY, LTD., | : | |
| OCI INTERNATIONAL, INC., | : | |
| UNIVAR USA, INC., and | : | |
| JOHN DOES 1 THROUGH 5 | : | No. 11-CV-0458 |

**O R D E R**

AND NOW, this    26th    day of March, 2012, IT IS HEREBY ORDERED that:

1. The motion to dismiss (Doc. # 32) filed by OCI USA is GRANTED as to Counts III, IV, XII, and XVII of the amended complaint.

2. The motion to dismiss Counts I, II, V through X, and XV is DENIED.

2. OCI USA shall filed an answer within twenty days of this order.

BY THE COURT:


/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.